UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:10cv00082 (WOB)

DEVELOPERS SURETY AND
INDEMNITY CO., PLAINTIFF

VS. <u>ORDER</u>

BLUE RIDGE DEVELOPMENT,
ET AL. DEFENDANTS

This matter is before the Court on a periodic review of the record herein, and the Court noting that an Entry of Default has been entered by the Clerk as to defendant Blue Ridge Development LLC (Doc. #43, dated April 17, 2012), and the Court being advised,

**IT IS ORDERED** that the plaintiff file a status report herein on or before **July 10, 2012** advising the Court of how they wish to proceed against the defendant herein.

This 28th day of June, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge